**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marco Antonio Brocamonts Garcia,

Petitioner,

v.

Luis Rosa, Jr.,

Respondent.

No. CV-26-04946-PHX-JJT

**ORDER**

At issue is Plaintiff Marco Antonio Brocamonts Garcia's Motion to Extend Reply Deadline (Doc. 13) and Motion to Extend Reply Deadline and Amendment (Doc. 15). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff Marco Antonio Brocamonts Garcia's Motion to Extend Reply Deadline (Doc. 13).

**IT IS FURTHER ORDERED** extending the deadline for Plaintiff to file a Reply in support of his Petition (Doc. 1) to **September 22, 2026**.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion to Extend Reply Deadline and Amendment (Doc. 15).

Dated this 8th day of September, 2026.

Honorable John J. Tuchi
United States District Judge